UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: CLAIRE R. KELLY, JUDGE

SAMSONITE LLC,

        Plaintiff,

        v.

UNITED STATES,

        Defendant.

Court No. 24-00031

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the actions involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise in the entries set forth in Schedule A, attached, consists of various luggage articles, including backpacks and briefcases (henceforth referred to as the "imported merchandise").

3. The imported merchandise was liquidated by U.S. Customs and Border Protection under subheading 4202.11.0030 (8% *ad valorem* regular customs duty); 4202.92.0400 (7% *ad valorem* regular customs duty); or 4202.92.3120 (17.6% *ad valorem* regular customs duty) of the Harmonized Tariff Schedule of the United States, HTSUS. The imported merchandise was also liquidated with tariffs of 10% or 25% *ad valorem* under Section

301 of the Trade Act of 1974, as amended ("Section 301"), specifically under HTSUS subheading 9903.88.03 or 9903.88.09.

4. Between January and April 2020, the Office of the U.S. Trade Representative ("USTR") published the following exclusions to tariffs imposed under Section 301 that are applicable to the imported merchandise:

   a. "Briefcases with outer surface of leather, each measuring no more than 37 cm by 45 cm by 17 cm (described in statistical reporting number 4202.11.0030)." 85 Fed. Reg. 549 at 550 (5) (January 5, 2020) (implemented in the HTSUS at Note 20(pp)(5) and in subheading 9903.88.37).

   b. "Backpacks with hydration system, each measuring not more than 51 cm by 28 cm by 9 cm, weighing not more than 1 kg (described in statistical reporting number 4202.92.0400)." 85 Fed. Reg. 23,122 at 23,125 (19) (April 24, 2020) (implemented in the HTSUS at Note 20(xx)(19) and in subheading 9903.88.45).

   c. "Backpacks with outer surface of textile materials of man-made fibers, each measuring at least 35 cm but not more than 75 cm in height, at least 19 cm but not more than 34 cm in width, and at least 5 cm but not more than 26 cm in depth (described in statistical reporting number 4202.92.3120)." 85 Fed. Reg. 17,158 at 17,163 (45) (March 26, 2020) (implemented in the HTSUS at Note 20(vv)(45) and in subheading 9903.88.43).

5. The imported merchandise identified in Schedule A is subject to one of the exclusions identified in paragraph 4.

6. The imported merchandise identified in Schedule A shall be reliquidated without an assessment of Section 301 duties.

7. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

8. All other claims and non-stipulable entries are abandoned.

9. Each party will bear its own costs and attorney fees.

*(signature)*

RALPH H. SHEPPARD

MEEKS, SHEPPARD, LEO & PILLSBURY, LLP
570 Lexington Avenue, 24th Floor
New York, New York 10022
(203) 257-6614 or
(203) 949-7120
*Attorneys for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

*(signature)* 2/9/2026
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

*(signature)* 2/9/2026
MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, New York 10278
(212) 264-0484
*Attorneys for Defendant*

IT IS HEREBY ORDERED that this action is decided and the final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
Claire R. Kelly, Judge

Date:_____

## SCHEDULE A TO STIPULATED JUDGMENT

| Protest No. | Entry No. | Line No. | Product Code | Description of Merchandise |
|---|---|---|---|---|
| 180320100672 | 00281924324 | 20 | 106501 | PATHSETTER 30L DAYPACK |
| 180320100672 | 00281924324 | 21 | 106501 | PATHSETTER 30L DAYPACK |
| 180320100672 | 00281924324 | 22 | 122035 | 6L TACTICAL HYDRATION PK M |
| 180320100672 | 00281924324 | 18 | 75524 | PILSEN BACKPACK |
| 180320100672 | 00281924324 | 19 | 75524 | PILSEN BACKPACK |
| 180320100672 | 00281935171 | 63 | 125529 | MINDIE BACKPACK |
| 180320100672 | 00281935171 | 62 | 125529 | MINDIE BACKPACK |
| 180320100672 | 00281935171 | 71 | 125529 | MINDIE BACKPACK |
| 180320100672 | 00281943225 | 136 | 124058 | EVERYDAY BACKPACK |
| 180320100821 | 00281934232 | 37 | 124058 | EVERYDAY BACKPACK |
| 180320100821 | 00281936179 | 6 | 105158 | DAIO BACKPACK |
| 180320100821 | 00281936179 | 8 | 105158 | DAIO BACKPACK |
| 180320100821 | 00281936179 | 7 | 105158 | DAIO BACKPACK |
| 180320100821 | 00281936179 | 9 | 105159 | AUTRY BACKPACK |
| 180320100821 | 00281936179 | 24 | 124447 | LIG MINDIE BACKPACK |
| 180320100821 | 00281936179 | 14 | 124447 | LIG MINDIE BACKPACK |
| 180320100821 | 00281936179 | 12 | 124447 | LIG MINDIE BACKPACK |
| 180320100821 | 00281936179 | 15 | 124447 | LIG MINDIE BACKPACK |
| 180320100821 | 00281936179 | 13 | 124447 | LIG MINDIE BACKPACK |
| 180320100821 | 00281958959 | 3 | 124447 | LIG MINDIE BACKPACK |
| 180320100821 | 00281958959 | 4 | 124447 | LIG MINDIE BACKPACK |
| 280920104094 | 00221512684 | 1 | 124058 | EVERYDAY BACKPACK |
| 280920104094 | 00221512908 | 1 | 124058 | EVERYDAY BACKPACK |
| 280920104094 | 00221512965 | 1 | 124058 | EVERYDAY BACKPACK |
| 280920104094 | 00221512973 | 1 | 124058 | EVERYDAY BACKPACK |
| 280920104094 | 00221513070 | 1 | 124058 | EVERYDAY BACKPACK |
| 380120103055 | 00281932103 | 1 | 124058 | EVERYDAY BACKPACK |
| 380120103055 | 00281936898 | 1 | 124058 | EVERYDAY BACKPACK |
| 380120103055 | 00281940361 | 1 | 124058 | EVERYDAY BACKPACK |
| 380120103055 | 00281941625 | 1 | 124058 | EVERYDAY BACKPACK |
| 380120103055 | 00281942482 | 1 | 124058 | EVERYDAY BACKPACK |
| 180320100610 | 00281910000 | 19 | 67726 | LASER PRO BACKPACK |
| 180320100610 | 00281912915 | 22 | 67726 | LASER PRO BACKPACK |
| 180320100610 | 00281915603 | 19 | 67726 | LASER PRO BACKPACK |
| 180320100631 | 00281920314 | 39 | 67726 | LASER PRO BACKPACK |
| 180320100631 | 00281926030 | 82 | 67726 | LASER PRO BACKPACK |
| 180320100631 | 00281928747 | 25 | 67726 | LASER PRO BACKPACK |
| 180320100631 | 00281929273 | 10 | 67726 | LASER PRO BACKPACK |

| | | | | |
|---|---|---|---|---|
| 180320100631 | 00281934919 | 43 | 123489 | TRAVEL BACKPACK |
| 180320100631 | 00281934919 | 71 | 123489 | TRAVEL BACKPACK |
| 180320100631 | 00281938142 | 31 | 67726 | LASER PRO BACKPACK |
| 180320100631 | 00281938142 | 29 | 67726 | LASER PRO BACKPACK |
| 180320100671 | 00281918177 | 47 | 44090 | LEATHER TOP ZIP 16 BRIEFCASE |
| 180320100671 | 00281921486 | 64 | 106501 | PATHSETTER 30L DAYPACK |
| 180320100739 | 00281912360 | 78 | 44089 | LEATHER FLAPOVER BUS CS |
| 270420120863 | 00221505696 | 1 | 123489 | TRAVEL BACKPACK |
| 270420120863 | 00221508328 | 1 | 124058 | EVERYDAY BACKPACK |
| 270420120863 | 00221508336 | 1 | 124058 | EVERYDAY BACKPACK |
| 270420120863 | 00221508344 | 1 | 124058 | EVERYDAY BACKPACK |
| 270420120863 | 00221508476 | 1 | 124058 | EVERYDAY BACKPACK |
| 270420120863 | 00221508484 | 1 | 124058 | EVERYDAY BACKPACK |
| 270420122865 | 00221505688 | 2 | 105159 | AUTRY BACKPACK |
| 270420122865 | 00221507676 | 21 | 124058 | EVERYDAY BACKPACK |
| 280920103869 | 00221508963 | 1 | 124058 | EVERYDAY BACKPACK |
| 280920103869 | 00221508971 | 1 | 124058 | EVERYDAY BACKPACK |
| 280920103869 | 00221509409 | 1 | 124058 | EVERYDAY BACKPACK |
| 280920103869 | 00221509904 | 1 | 124058 | EVERYDAY BACKPACK |
| 280920103869 | 00221510381 | 1 | 124058 | EVERYDAY BACKPACK |
| 280920103869 | 00221512064 | 1 | 124058 | EVERYDAY BACKPACK |
| 280920103869 | 00221512122 | 1 | 124058 | EVERYDAY BACKPACK |
| 280920103869 | 00281936807 | 1 | 124058 | EVERYDAY BACKPACK |
| 460120112254 | 00261646087 | 1 | 124058 | EVERYDAY BACKPACK |
| 460120112254 | 00261646608 | 1 | 124058 | EVERYDAY BACKPACK |
| 520120101133 | 00281921619 | 1 | 123267 | SLIM BACKPACKS |
| 550120102214 | 00281930586 | 1 | 124058 | EVERYDAY BACKPACK |
| 550120102214 | 00281933523 | 1 | 124058 | EVERYDAY BACKPACK |
| 460120114378 | 00261646855 | 1 | 124058 | EVERYDAY BACKPACK |
| 460120114378 | 00261647655 | 1 | 124058 | EVERYDAY BACKPACK |
| 460120114378 | 00261648117 | 1 | 124058 | EVERYDAY BACKPACK |
| 460120114378 | 00261648513 | 1 | 124058 | EVERYDAY BACKPACK |
| 460120114378 | 00261648729 | 1 | 124058 | EVERYDAY BACKPACK |
| 390120112031 | 00281934208 | 1 | 124058 | EVERYDAY BACKPACK |
| 390120112031 | 00281934216 | 1 | 124058 | EVERYDAY BACKPACK |
| 390120112031 | 00281940296 | 1 | 124058 | Polyester backpack |
| 390120112031 | 00281941617 | 1 | 124058 | EVERYDAY BACKPACK |
| 390120112031 | 00281942466 | 1 | 124058 | EVERYDAY BACKPACK |
| 390120112031 | 00281943183 | 1 | 124058 | EVERYDAY BACKPACK |
| 300120101939 | 00281934224 | 1 | 124058 | EVERYDAY BACKPACK |

| 300120101939 | 00281938019 | 1 | 124058 | EVERYDAY BACKPACK |
| --- | --- | --- | --- | --- |
| 300120101939 | 00281939595 | 1 | 124058 | EVERYDAY BACKPACK |
| 300120101939 | 00281942136 | 1 | 124058 | EVERYDAY BACKPACK |
| 300120101939 | 00281942144 | 1 | 124058 | EVERYDAY BACKPACK |